466 A.2d 713

Commonwealth v. Grimes, Appellant.

Submitted May 26, 1983. John A. Halley, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

610

Before CAVANAUGH, ROWLEY and CIRILLO, JJ.

Order affirmed.